James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Yvette Ostolaza (*pro hac vice forthcoming*)
Robert S. Velevis (*pro hac vice forthcoming*)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
E-mail: yvette.ostolaza@sidley.com
E-mail: rvelevis@sidley.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY RIGGS, as Personal Representative of the ESTATE OF JONATHAN NEIL UDALL, for the benefit of the ESTATE OF JONATHAN NEIL UDALL, and PHILIP AND MARLENE UDALL as Next of Kin and Natural Parents of JONATHAN NEIL UDALL, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW HECKER; DANIEL FRIEDMAN; BRENDA HALVORSON; GEOFFREY EDLUND; ELLING B. HALVORSON; JOHN BECKER; ELLING KENT HALVORSON; LON A. HALVORSON; PAPILLON AIRWAYS, INC. d/b/a PAPILLON GRAND CANYON HELICOPTERS; AIRBUS HELICOPTERS, S.A.S.; AIRBUS HELICOPTERS, INC.; XEBEC LLC; AND SCOTT BOOTH,<br><br>Defendants. | CASE NO.: 2:18-cv-00912-JCM-GWF<br><br>**STIPULATION EXTENDING DEADLINES FOR RESPONSE TO MOTION TO REMAND AND FOR REPLIES TO RESPONSE TO MOTIONS TO REMAND**<br><br>**(First Request)** |

**STIPULATION EXTENDING DEADLINES FOR RESPONSE TO MOTION TO REMAND AND FOR REPLIES TO RESPONSE TO MOTIONS TO REMAND**
(First Request)

WHEREAS, on May 18, 2018, specially-appearing defendant Airbus Helicopters, Inc. ("AHI") filed a notice of removal in the above-captioned case;

WHEREAS, Plaintiffs filed a motion to remand on June 8, 2018, AHI's response to which is currently due by June 22, 2018;

WHEREAS, the Papillon Defendants[1] filed a separate motion to remand on June 15, 2018, AHI's response to which is currently due by June 29, 2018;

WHEREAS, in the interest of judicial efficiency, and so that AHI only has to file one response that addresses the arguments in both motions to remand, (1) Plaintiffs have agreed to extend the deadline for AHI to respond to their motion to remand to June 29, 2018, and (2) in response to this request, AHI has agreed to extend the deadline for Plaintiffs and the Papillon Defendants to file replies in support of their respective motions to July 13, 2018;

WHEREAS, this is the first stipulation to extend the time for filing a response or reply in relation to the motions to remand;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern briefing on the motions to remand:

1. AHI shall file its response to both Plaintiffs' and the Papillon Defendants' motions to remand by June 29, 2018.

---

[1] The Papillon Defendants are Matthew Hecker, Daniel Friedman, Brenda Halvorson, Geoffrey Edlund, Elling B. Halvorson, John Becker, Elling Kent Halvorson, Lon A. Halvorson, Papillon Airways, Inc., d/b/a Papillon Grand Canyon Helicopters, Xebec LLC, and Scott Booth.

2. Plaintiffs and the Papillon Defendants may file their respective replies in support of their motions to remand by July 13, 2018.

DATED this 19th day of June 2018.

**PISANELLI BICE PLLC**

By: */s/ Todd L. Bice*
JAMES J. PISANELLI (NSB #4027)
TODD L. BICE (NSB #4534)
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone: (702) 214-2100
E-mail: JJP@pisanellibice.com
E-mail: TLB@pisanellibice.com

YVETTE OSTOLAZA (*pro hac vice forthcoming*)
ROBERT S. VELEVIS (*pro hac vice forthcoming*)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
E-mail: yvette.ostolaza@sidley.com
E-mail: rvelevis@sidley.com

*Attorneys for Specially-Appearing Defendant Airbus Helicopters, Inc.*

**ROBB & ROBB LLC**

By: */s/ Gary C. Robb*
GARY C. ROBB*
ANITA PORTE ROBB*
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone:  (816) 474-8080
E-mail: gcr@robbrobb.com
E-mail: apr@robbrobb.com

*Petition for Admission Granted

LAWRENCE J. SMITH (NSB #6505)
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
E-mail: lawre3@NVLegalJustice.com

| | |
|---|---|
| | *Attorneys for Plaintiffs Mary Riggs as Personal Representative of the Estate of Jonathan Neil Udall and Philip and Marlene Udall* |
| | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| By: | /s/ Mark C. Severino |
| | MARK C. SEVERINO (NSB #14117) 300 South 4th Street, 11th Floor Las Vegas, Nevada 89101 Telephone: (702) 727-1400 E-mail: mark.severino@wilsonelser.com |
| | WILLIAM J. KATT (*pro hac vice pending*) COREY WRIGHT (*pro hac vice pending*) CHRISTINA A. KATT (*pro hac vice pending*) **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** 740 N. Plankinton Avenue, Suite 600 Milwaukee, Wisconsin 53203 Telephone: (414) 276-8816 E-mail: william.katt@wilsonelser.com E-mail: corey.wright@wilsonelser.com E-mail: christina.katt@wilsonelser.com |
| | KATHRYN A. GRACE (*pro hac vice pending*) **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** 8444 Westpark Drive, Suite 510 McLean, Virginia 22102 Telephone: (703) 245-9300 E-mail: kathryn.grace@wilsonelser.com |
| | *Attorneys for Defendants Matthew Hecker, Daniel Friedman, Brenda Halvorson, Geoffrey Edlund, Elling B. Halvorson, John Becker, Elling Kent Halvorson, Lon A. Halvorson, Papillon Airways, Inc., d/b/a Papillon Grand Canyon Helicopters, XEBEC LLC, and Scott Booth* |

IT IS SO ORDERED:

/s/ James C. Mahan
HON. JAMES C. MAHAN, UNITED STATES DISTRICT JUDGE

DATED: June 21, 2018